IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABDUL KHALIQ ALANSARI,

    Plaintiff,

vs.                               Case No. 4:10cv106-SPM/WCS

CASH COW, et al.,

    Defendants.

_____/

## AMENDED REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, initiated this case on March 18, 2010, doc. 1, and then filed an amended complaint, doc. 4, on April 19, 2010. Service was directed in May, 2010, doc. 8, and as of September 29, 2010, the court docket reflected that service had still not been carried out. Plaintiff had already been granted a continuance, docs. 10-12, and the United States Marshals Service was appointed to serve the complaint, doc. 12. Plaintiff then filed another motion requesting extension of the 120-day deadline. Doc. 14. The motion for an enlargement of time was granted in part, extending the time to allow the Marshals Service to serve the complaint. Doc. 15. That order, entered on August 30, 2010, doc. 15, provided that service must be carried out

on or before September 20, 2010.  *Id.*  When nothing was filed by that deadline, I entered a report and recommendation for dismissal.  Doc. 18.

On October 5, 2010, an Answer was field by Defendant Cash Cow.  Doc. 19.  Thereafter, on October 15, 2010, Plaintiff filed a motion to dismiss, doc. 20, which is construed as a notice of voluntary dismissal.  That notice does not contain a certificate of service.

Under Rule 41(a), a Plaintiff may dismiss a case without a court order if the notice is filed "before the opposing party serves either an answer of motion for summary judgment."  FED. R. CIV. P. 41(a)(1)(A)(i).  Defendant had filed an answer ten days before Plaintiff's notice was filed and, thus, a court order is required.

Defendant has not pleaded a counter-claim in the Answer, doc. 19, and it will be assumed that Defendant has no objection to dismissal of this action.  Indeed, there would appear to no longer be a case or controversy between the parties.  Therefore, it is recommended that this action be dismissed upon Plaintiff's notice, doc. 20.  If Defendant objects to dismissal, a motion for reconsideration to this report and recommendation should be filed within the period for objections.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 5, be **DISMISSED without prejudice** pursuant to Plaintiff's notice of voluntary dismissal, doc. 20.

**IN CHAMBERS** at Tallahassee, Florida, on October 19, 2010.

 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**