IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABDUL KHALIQ ALANSARI,

    Plaintiff,

v.        CASE NO. 4:10cv106-SPM/WCS

CASH COW, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's amended report and recommendation dated October 19, 2010 (doc. 21). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 21) is ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's motion for voluntary dismissal (doc.20) is granted.

    3.    This case is dismissed without prejudice pursuant to Plaintiff's

motion and Federal Rule of Civil Procedure 41(a)(2).

DONE AND ORDERED this 18th day of November, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge